| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MICHELLE RODRIGUEZ |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:12-MJ-0088 DAD |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| | ) | |
| AIREK JOSEPH EVANS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:12-MJ-0088 DAD, against defendant AIREK JOSEPH EVANS.

DATED: 04/24/2012                          BENJAMIN WAGNER
                                           UNITED STATES ATTORNEY


                                     By    /s/Michelle Rodriguez
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   MAG. NO.  2:12-MJ-0088 DAD
                                   )
12                                 )
                Plaintiff,         )   ORDER
13       v.                        )
                                   )
14  AIREK JOSEPH EVANS,            )
                                   )
15                                 )
                Defendant.         )
16  _____)
17
18                                ORDER
19
        The United States' motion to dismiss without prejudice the
20
    underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in
21
    the above referenced case, MAG No 2:12-MJ-0088 DAD against defendant
22
    AIREK JOSEPH EVANS is GRANTED.
23
24
    DATED: April 25, 2012
25
26
                                   _____
27                                 KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE
28
                                    2
```